| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA | |
| Case number *(if known)* _____ | Chapter you are filing under:<br>☐ Chapter 7<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13       ☐ Check if this is an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy      06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Jeremie**<br>First name<br><br>**Robert**<br>Middle name<br><br>**Beaudry**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-6563 | |

Official Form 101         **Voluntary Petition for Individuals Filing for Bankruptcy**         page 1

Debtor 1  **Jeremie Robert Beaudry**        Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |

**5. Where you live**

**3029 Golf Crest Lane**
**Woodstock, GA 30189**
Number, Street, City, State & ZIP Code

**Cherokee**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐  I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐  I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1  **Jeremie Robert Beaudry** _____  Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

■ No.   Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

 ☐ No. Go to line 12.
 ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Official Form 101  **Voluntary Petition for Individuals Filing for Bankruptcy**  page 3

Debtor 1    **Jeremie Robert Beaudry**                                     Case number *(if known)*

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

■ No.

☐ Yes.  What is the hazard?

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

Debtor 1   Jeremie Robert Beaudry _____   Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1  **Jeremie Robert Beaudry** _____  Case number *(if known)* _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

☒ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Jeremie Robert Beaudry** _____    _____
**Jeremie Robert Beaudry**                                 Signature of Debtor 2
Signature of Debtor 1

Executed on   **January 12, 2026**                 Executed on   _____
              MM / DD / YYYY                                      MM / DD / YYYY

| Debtor 1 | Jeremie Robert Beaudry | Case number *(if known)* |
|---|---|---|

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ J. Robert Williamson**　　　　　　　　　Date　**January 12, 2026**
Signature of Attorney for Debtor　　　　　　　　　　　　MM / DD / YYYY

**J. Robert Williamson 765214**
Printed name

**Scroggins, Williamson & Ray, P.C.**
Firm name

**4401 Northside Parkway**
**Suite 230**
**Atlanta, GA 30327**
Number, Street, City, State & ZIP Code

Contact phone　**404-893-3880**　　　　　Email address　**rwilliamson@swlawfirm.com**

**765214 GA**
Bar number & State

Official Form 101　　　　**Voluntary Petition for Individuals Filing for Bankruptcy**　　　　page 7

Certificate Number: 15725-GAN-CC-040415915



15725-GAN-CC-040415915

# CERTIFICATE OF COUNSELING

I CERTIFY that on December 15, 2025, at 3:56 o'clock PM EST, Jeremie Beaudry received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Northern District of Georgia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   December 15, 2025                By:    /s/Daniel Alfredo Medina Mujica

                                          Name:  Daniel Alfredo Medina Mujica

                                          Title: Issuer

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jeremie** | **Robert** | **Beaudry** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders      12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | | **Unsecured claim** |
|---|---|---|---|
| **1** **King & Spalding LLP** 1180 Peachtree Street, NE Suite 1600 Atlanta, GA 30309 | What is the nature of the claim? | **Legal Fees and Expenses** | **$36,859.34** |
| | As of the date you file, the claim is: Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed ■ None of the above apply | | |
| Contact Contact phone | Does the creditor have a lien on your property? ■ No ☐ Yes. Total claim (secured and unsecured) Value of security: Unsecured claim | - | |
| **2** **Chase** PO Box 15123 Wilmington, DE 19850 | What is the nature of the claim? | **Credit Card** | **$11,882.51** |
| | As of the date you file, the claim is: Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed ■ None of the above apply | | |
| Contact | Does the creditor have a lien on your property? ■ No ☐ Yes. Total claim (secured and unsecured) | | |

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Debtor 1  **Jeremie Robert Beaudry**  Case number *(if known)*

Contact phone

Value of security: -
Unsecured claim

---

**3**

**Citi**
**PO Box 790046**
**Saint Louis, MO 63179**

What is the nature of the claim?   **Credit Card**   $7,794.27

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: -
   Unsecured claim

Contact
Contact phone

---

**4**

**American Express**
**PO Box 60189**
**City of Industry, CA 91716**

What is the nature of the claim?   **Credit Card**   $2,305.37

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: -
   Unsecured claim

Contact
Contact phone

---

**5**

**Cherokee Co Water & Sewage**
**140 West Main Street**
**Canton, GA 30114**

What is the nature of the claim?   **Water Provider**   $0.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security: -
   Unsecured claim

Contact
Contact phone

---

**6**

**Cobb EMC**
**1000 EMC Pkwy NE**
**Marietta, GA 30060**

What is the nature of the claim?   **Electricity Provider**   $0.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Debtor 1  **Jeremie Robert Beaudry**                    Case number *(if known)*

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**7**

**Constellation**
**PO Box 5471**
**Carol Stream, IL 60197**

**What is the nature of the claim?**   **Natural Gas Provider**   **$0.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**8**

**Moshin Y. Meghji**
**c/o Aaron Colodny, White/Case**
**555 S. Flower St., Suite 2700**
**Los Angeles, CA 90071**

**What is the nature of the claim?**      **$0.00**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**9**

**Zach Kaplan, et al.**
**c/o John Radice, Radice Law**
**475 Wall Street**
**Princeton, NJ 08540**

**What is the nature of the claim?**      **$0.00**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**Part 2:**   **Sign Below**

Debtor 1   **Jeremie Robert Beaudry**                               Case number *(if known)*

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   **/s/ Jeremie Robert Beaudry**                    X   _____
    **Jeremie Robert Beaudry**                                Signature of Debtor 2
    Signature of Debtor 1

Date   **January 12, 2026**                            Date   _____

# United States Bankruptcy Court
### Northern District of Georgia

In re **Jeremie Robert Beaudry**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **January 12, 2026**

**/s/ Jeremie Robert Beaudry**
**Jeremie Robert Beaudry**
Signature of Debtor

```
Adrian Alisie
c/o Avi Weitzman, Esq.
200 Park Avenue
New York, NY 10166



Alchemy Capital Partners, LP
c/o Pieter Van Tol, Esq.
199 8th Avenue
Brooklyn, NY 10017



Alexander Mashinksy #68096-510
FCI Fort Dix
PO Box 2000
Joint Base MDL, NJ 08640



Aliza Landes
c/o Pieter Van Tol, Esq.
199 8th Avenue
Brooklyn, NY 10017



AM Ventures Holding, Inc.
Harvard Business Services, Inc
16192 Coastal Highway
Lewes, DE 19958



American Express
PO Box 60189
City of Industry, CA 91716



Berkley Insurance Company
c/o Dirk C. Haarhoff, Esq.
810 Seventh Avenue, Suite 500
New York, NY 10019



Bits of Sunshine LLC
c/o Zachary Melvin, Esq.
200 Park Avenue
New York, NY 10166
```

```
Caesars Entertainment
One Caesars Palace Drive
Las Vegas, NV 89109



Chase
PO Box 15123
Wilmington, DE 19850



Cherokee Co Water & Sewage
140 West Main Street
Canton, GA 30114



Citi
PO Box 790046
Saint Louis, MO 63179



Cobb EMC
1000 EMC Pkwy NE
Marietta, GA 30060



Coinbase
2990 Brandywine Road
Suite 200
Atlanta, GA 30341



Constellation
PO Box 5471
Carol Stream, IL 60197



Endurance American Insurance
c/o Dirk C. Haarhoff, Esq.
810 Seventh Avenue, Suite 500
New York, NY 10019
```

```
Four Thirteen LLC
c/o Zachary Melvin, Esq.
200 Park Avenue
New York, NY 10166



Georgia Department of Revenue
2595 Century Parkway NE
Suite 339
Atlanta, GA 30345



Hanoch Goldstein
c/o Zachary Melvin, Esq.
200 Park Avenue
New York, NY 10166



Harumi Urata-Thompson
c/o Constantine Economides Esq
1111 Brickell Ave., 10th Floor
Miami, FL 33131



Indian Harbor Insurance Co.
c/o Dirk C. Haarhoff, Esq.
810 Seventh Avenue, Suite 500
New York, NY 10019



Internal Revenue Service
401 W. Peachtree St., NW
Stop 334-D
Atlanta, GA 30308



Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346



Jason Perman
c/o Avi Weitzman, Esq.
200 Park Avenue
New York, NY 10166
```

Johannes Treutler
c/o Susan Brune, Esq.
450 Park Avenue, Suite 1401
New York, NY 10022


John E. Howell, Esq.
Wiley Rein LLP
2050 M Street, NW
Washington, DC 20036


King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309


Koala1 LLC
Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, DE 19904


Koala2 LLC
c/o Leigh Nathanson, Esq.
1290 Ave. of Americas, Fl 14
New York, NY 10104


Koala3 LLC
Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, DE 19904


Kristine Meehan Mashinsky
c/o Leigh Nathanson, Esq.
1290 Ave. of Americas, Fl. 14
New York, NY 10104


MGM Resorts International
3600 Las Vegas Blvd. South
Las Vegas, NV 89109

```
Moshin Y. Meghji
c/o Aaron Colodny, White/Case
555 S. Flower St., Suite 2700
Los Angeles, CA 90071



Oren Blonstein
c/o Avi Weitzman, Esq.
200 Park Avenue
New York, NY 10166



QBE Insurance Corporation
c/o Dirk C. Haarhoff, Esq.
810 Seventh Avenue, Suite 500
New York, NY 10019



Rod Bolger
c/o Avi Weitzman, Esq.
200 Park Avenue
New York, NY 10166



Rodney Sunada-Wong
c/o Avi Weitzman, Esq.
200 Park Avenue
New York, NY 10166



Ron Deutsch
c/o Avi Weitzman, Esq.
200 Park Avenue
New York, NY 10166



Roni Cohen-Pavon
c/o Jeffrey Alan Brown, Esq.
1095 Avenue of the Americas
New York, NY 10036-6797



Seminole Hard Rock
1 Seminole Way
Hollywood, FL 33314
```

Sheryl P. Giugliano
Ruskin Moscou Faltischek, PC
1425 RXR Plaza, 15th Floor
Uniondale, NY 11556-1425


Shiran Kleiderman
c/o Avi Weitzman, Esq.
200 Park Avenue
New York, NY 10166


Shlomi Daniel Leon
c/o Pieter Van Tol, Esq.
199 8th Avenue
Brooklyn, NY 10017


Venetian Resort Hotel Casino
3555 Las Vegas Blvd. South
Las Vegas, NV 89109


Wintermute Trading Ltd.
c/o Alvin C. Lin
909 Third Avenue
New York, NY 10022


Zach Kaplan, et al.
c/o John Radice, Radice Law
475 Wall Street
Princeton, NJ 08540