UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| JEREMIE ROBERT BEAUDRY, | ) | CASE NO. 26-50508-pmb |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO RETAIN AND EMPLOY SCROGGINS, WILLIAMSON & RAY, P.C. AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION AS OF THE PETITION DATE, DEADLINE TO OBJECT AND FOR HEARING**

**PLEASE TAKE NOTICE** that on January 22, 2026, the above-captioned debtor (the "**Debtor**") filed its *Application for Entry of an Order Authorizing the Debtor to Retain and Employ Scroggins, Williamson & Ray, P.C. as Counsel to the Debtor and Debtor in Possession as of the Petition Date* [Dkt. No. 16] (the "**Application**"). In the Application, the Debtor seeks to employ Scroggins, Williamson & Ray, P.C. as his counsel in the above-captioned bankruptcy case. A copy of the Application is available upon request to the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Fifth Amended and Restated General Order No. 24-2018, entered on September 29, 2025, **the Court may consider the Application without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice (on or before February 12, 2026). If you object to the relief requested in the Application, you must timely file your objection to the Application with the Bankruptcy Clerk** at Clerk, U.S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303, and serve a copy on the Debtor's attorney, Matthew W. Levin, Scroggins, Williamson & Ray, P.C., 4401 Northside Parkway, Suite 230, Atlanta, GA 30327 by the response deadline. The response must explain your position and be actually received by the Bankruptcy Clerk within the required time.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application has been scheduled for **1:20 p.m. on the February 23, 2026**. The Court will hold a hearing on the Application and any objections thereto at **1:20 p.m. on the February 23, 2026, in Courtroom 1202, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303 (the "Hearing")**, which must be attended in person, unless the Court orders otherwise.

If an objection or response is timely filed and served, the Hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled Hearing provided that an order approving the relief requested is entered at least one business day prior to the scheduled Hearing.** If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the scheduled Hearing, the Hearing will be held as scheduled.

- 2 -

**<u>Your rights may be affected</u>**.  You should read these papers carefully and discuss with your attorney, if you have one in this bankruptcy case.   If you do not have an attorney, you may wish to consult one.

**NOTICE IS HEREBY GIVEN** this 22nd day of January, 2026.

                                                SCROGGINS, WILLIAMSON & RAY, P.C.

                                    By: */s/ Matthew W. Levin*
                                            J. ROBERT WILLIAMSON
                                            Georgia Bar No. 765214
                                            MATTHEW W. LEVIN
                                            Georgia Bar No. 448270

4401 Northside Parkway, Suite 230
Atlanta, Georgia 30327
T:  (404) 893-3880
F:  (404) 893-3886
E:  rwilliamson@swlawfirm.com
    mlevin@swlawfirm.com

*Proposed Counsel for the Debtor*