**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| In Re:<br><br>JEREMIE ROBERT BEAUDRY,<br><br>        Debtor. | Chapter 11<br><br>Case No. 26-50508 (PMB) |

<u>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**</u>

**PLEASE TAKE NOTICE** that Eversheds Sutherland (US) LLP hereby enters its appearance as counsel to Mohsin Y. Meghji, solely in his capacity as Representative of the Post-Effective Date Debtors in the chapter 11 cases of Celsius Networks, LLC, *et al*., jointly administered under Case No. 22-10964-MG (Bankr. S.D.N.Y) ("<u>Mr. Meghji</u>"), pursuant to rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and requests that copies of any and all notices, pleadings and all other papers required to be served in this case be given to and served upon the following:

Todd C. Meyers
Danielle Barav-Johnson
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree St. NE, Suite 2300
Atlanta, GA 30309
(404) 853-8000
toddmeyers@eversheds-sutherland.com
dahnibarav-johnson@eversheds-sutherland.com

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone,

1

facsimile transmission, email or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any party in interest in this case, with respect to (a) the debtor in this case (the "<u>Debtor</u>") and any related adversary proceedings, whether currently pending or later commenced, (b) property of the Debtor's estate or proceeds thereof in which the Debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, filing, or suit are not intended nor shall be deemed to waive the right of Mr. Meghji to: (1) have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a district court judge; (3) trial by jury in any case, proceeding, matter, or controversy so triable; (4) have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; (5) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; or (6) elect, exercise, or pursue any other rights, claims, actions, defenses, and remedies to which Mr. Meghji is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses and remedies are hereby expressly reserved.

Respectfully submitted: February 3, 2026

By:  */s/ Danielle Barav-Johnson*
Todd C. Meyers (Bar No. 503756)
Danielle Barav-Johnson (Bar No. 751721)
**EVERSHEDS SUTHERLAND (US) LLP**
999 Peachtree St. NE, Suite 2300
Atlanta, GA 30309
Tel.:  (404) 853-8000
Email:  toddmeyers@eversheds-sutherland.com
           dahnibarav-johnson@eversheds-sutherland.com

*Counsel for Mohsin Y. Meghji, solely in his capacity as
Representative of the Post-Effective Date Debtors in the
Chapter 11 Cases of Celsius Networks, LLC, et al.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 3, 2026, I caused the foregoing *Notice of Appearance and Request for Service of Papers* to be served via the Court's CM/ECF system to all parties entitled to receive such service.

<u>*/s/Danielle Barav-Johnson*</u>
Danielle Barav-Johnson