**Fill in this information to identify the case:**

Debtor Name __Jeremie Robert Beaudry__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number: __26-50508-pwb__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __January 2026__

Date report filed: __02/24/2026__
MM / DD / YYYY

Line of business: __Individual__

NAISC code: __n/a__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __Jeremy Robert Beaudry__

Original signature of responsible party __/s/ Jeremy Robert Beaudry__

Printed name of responsible party __Jeremy Robert Beaudry__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | Jeremie Robert Beaudry | Case number | 26-50508-pwb |
| --- | --- | --- | --- |

17. Have you paid any bills you owed before you filed bankruptcy? ☑ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

   $ _____26,960

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.

   $ _____14,557

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.

   – $ _____10,395

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.

   + $ _____4,162

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

   = $ _____31,122

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

   *(Exhibit E)*

   $ _____0

Debtor Name  Jeremie Robert Beaudry _____    Case number  26-50508-pwb _____

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                                                              $ _____ 0

  *(Exhibit F)*

---

### 5. Employees

26.  What was the number of employees when the case was filed?                                    _____ 1

27.  What is the number of employees as of the date of this monthly report?               _____ 1

---

### 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?       $ _____ 0

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____ 0

30.  How much have you paid this month in other professional fees?                                          $ _____ 0

31.  How much have you paid in total other professional fees since filing the case?                    $ _____ 0

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | Column B | Column C |
|---|---|---|---|
| | **Projected** − | **Actual** = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 22,854 − | $ 14,457 = | $ 8,397 |
| 33. **Cash disbursements** | $ 18,498 − | $ 10,395 = | $ 8,103 |
| 34. **Net cash flow** | $ 4,356 − | $ 4,162 = | $ 194 |

35.  Total projected cash receipts for the next month:                          $ 42,000

36.  Total projected cash disbursements for the next month:               − $ 18,500

37.  Total projected net cash flow for the next month:                        = $ 23,500

---

Debtor Name  Jeremie Robert Beaudry

Case number 26-50508-pwb

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.   Bank reconciliation reports for each account.

☐ 40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.   Budget, projection, or forecast reports.

☐ 42.   Project, job costing, or work-in-progress reports.

Print          Save As...          Reset

EXHIBIT C

| Account | Date | Description | Amount | Reason |
|---|---|---|---|---|
| Savings 0871- SoFi Bank | 1/15/2026 | Deposit GUSTOUNIT21 1967 PAY 219250 | $4,069.35 | Payroll |
| Savings 0871- SoFi Bank | 1/13/2026 | Direct Deposit Gusto PayClaim | $5,637.00 | HSA & FSA payment |
| Savings 0871- SoFi Bank | 1/16/2026 | Direct Deposit Gusto PayClaim | $206.80 | |
| Savings 0871- SoFi Bank | 1/23/2026 | Other Deposit | $575.48 | |
| DIP Checking- Premier Bank | 1/30/2026 | Gusto- Unit21 | $4,069.36 | Bi-monthly payroll |
| Checking 8955- SoFi Bank | 1/13/2026 | Other SoFi Rewards Redemption | $0.10 | Interest |
| **TOTAL** | | | **$14,557.99** | |

EXHIBIT D

| Account | Date | Description | Amount |
|---|---|---|---|
| DIP Checking - Premier Bank | 1/30/2026 | Checking Paper Statement Fee | -$5.00 |
| DIP Checking - Premier Bank | 1/30/2026 | Cherokee Water | -$106.15 |
| DIP Checking - Premier Bank | 1/30/2026 | Cherokee Water | -$17.00 |
| Checking 8955 - SoFi Bank | 1/23/2026 | Debit Card TST* ROCK N ROLL SUSHI | -$39.01 |
| Checking 8955 - SoFi Bank | 1/23/2026 | Direct Payment ST MICHAEL THE A ST MICHA | -$40.00 |
| Checking 8955 - SoFi Bank | 1/23/2026 | Direct Payment ST MICHAEL THE A ST MICHAE | -$60.00 |
| Checking 8955 - SoFi Bank | 1/23/2026 | Direct Payment ST MICHAEL THE A ST MICHAE | -$200.00 |
| Checking 8955 - SoFi Bank | 1/23/2026 | Direct Payment ST MICHAEL THE A ST MICHAE | -$575.00 |
| Checking 8955 - SoFi Bank | 1/23/2026 | Direct Payment ST MICHAEL THE A ST MICHAE | -$47.28 |
| Checking 8955 - SoFi Bank | 1/22/2026 | Debit Card HOBBYLOBBY | -$42.43 |
| Checking 8955 - SoFi Bank | 1/22/2026 | Debit Card KROGER #718 | -$1,603.50 |
| Checking 8955 - SoFi Bank | 1/21/2026 | ATM U.S. Bank TM | -$73.25 |
| Checking 8955 - SoFi Bank | 1/20/2026 | Debit Card KROGER #718 | -$303.50 |
| Checking 8955 - SoFi Bank | 1/20/2026 | ATM U.S. Bank TM | -$1,003.50 |
| Checking 8955 - SoFi Bank | 1/20/2026 | ATM U.S. Bank TM | -$128.25 |
| Checking 8955 - SoFi Bank | 1/20/2026 | Direct Payment Queen of Angels FACTS | -$1,844.00 |
| Checking 8955 - SoFi Bank | 1/20/2026 | Direct Payment Queen of Angels FACTS | -$903.50 |
| Checking 8955 - SoFi Bank | 1/19/2026 | ATM U.S. Bank TM | -$87.21 |
| Checking 8955 - SoFi Bank | 1/18/2026 | Direct Payment Zelle® Payment to Bailey | -$186.00 |
| Checking 8955 - SoFi Bank | 1/14/2026 | Debit Card COBB EMC | -$608.81 |
| Checking 8955 - SoFi Bank | 1/13/2026 | Direct Payment AMEX EPAYMENT ACH PMT | -$150.00 |
| Checking 8955 - SoFi Bank | 1/12/2026 | Direct Payment Zelle® Payment to Chicago Behavioral Clinic, | -$575.48 |
| Savings 0871 - SoFi Bank | 1/23/2026 | Other Deposit | -$641.16 |
| Savings 0871 - SoFi Bank | 1/20/2026 | Direct Payment Poppins Payroll 2026-01-19 | $206.80 |
| Savings 0871 - SoFi Bank | 1/16/2026 | Direct Deposit Gusto PayClaim | -$105.60 |
| Savings 0871 - SoFi Bank | 1/16/2026 | Direct Payment ATT PAYMENT | |

| | | | |
|---|---|---|---|
| Savings 0871- SoFi Bank | 1/12/2026 | Direct Payment Poppins Payroll 2026-01-12 | -$814.52 |
| Cash Payment | 1/30/2026 | Payment to Bailey & Ella | -$577.12 |
| Checking- Truist | 1/20/26 | Cash Withdrawal | -$403.50 |
| Checking- Truist | 1/20/26 | Debit card fee | -$3.00 |
| Checking- Truist | 1/29/2026 | Closed Account | -$1,109.00 |
| **TOTAL** | | | **-$10,395.01** |

| Reason | Notes |
| --- | --- |
| Checking Paper Statement Fee | |
| Monthly water | |
| Monthly water | |
| Dinner | |
| Church tithing | |
| Church tithing | |
| Church tithing | |
| Church tithing | |
| Church tithing | |
| School supplies for kids | |
| Food in KY | |
| Cash withdrawal | My wife and I had to drive to KY for my mother-in-laws emergency surgery. I was told I had to close my bank accounts, my credit cards were already closed and a winter storm was coming and withdrew cash to pay for expenses until my new bank debit card arrived in the mail. |
| Food in KY | Noted above as F12. |
| Cash withdrawal | Noted above as F12. I still have a portion of this cash. |
| Cash withdrawal | Noted above as F12. I still have a portion of this cash. |
| School expense | |
| School tuition | |
| Cash withdrawal | |
| lunch with daughter. | |
| Power bill | |
| AMEX payment | |
| Medical Appointment | This was pending on 1/12/26 and I could not cancel it |
| Nanny payment | Nanny Weekly pay |
| ATT Wireless payment | |

| | |
|---|---|
| Nanny payment | Nanny Weekly pay |
| Nanny payment | My account was closed and new account was pending with payroll provider. |
| Cash withdrawal | Had to deposit money into brother-in-laws checking account. Was paid back by my mother-in-law a couple of days later. |
| ATM Fee | |
| Account closure | Remaining balance is my wifes since I transferred my portion to CapitalOne then to Premier Bank |

# Premier Bank

Checking
*3292

| | Current Balance: | Available Balance: |
|---|---|---|
| | $25,394.45 | $24,860.44 |

| Date | Description | Category | Amount | Balance |
|---|---|---|---|---|
| Friday, January 30, 2026 | PAPER STATEMENT FEE | | -$5.00 | $30,327.28 |
| | CHEROKEECO WATER PAYMENT | | -$106.15 | $30,332.28 |
| | CHEROKEECO WATER PAYMENT | | -$17.00 | $30,438.43 |
| | GUSTOUNIT21 1967 PAY 929722 | | $4,069.36 | $30,455.43 |
| Thursday, January 29, 2026 | CAPITAL ONE TRANSFER | | | |
| | RT003AED4F1BDD1 | | $26,386.07 | $26,386.07 |

Transaction Range: January 01, 2026 - January 31, 2026

Printed: February 22, 2026 2:32PM

| Primary Account Holder | Address | Account Number |
|---|---|---|
| Jeremie Beaudry | 3029 GOLF CREST LN | ▓▓▓▓8955 |
| Member since Nov 16, 2018 | | Monthly Statement Period |
| | WOODSTOCK, GA 30189 | Jan 1, 2026 – Jan 31, 2026 |



## Checking Account – 8955

| Current Balance | Current Interest Rate[1] | Monthly Interest Paid[1] |
|---|---|---|
| $0.00 | 0.50% | $0.05 |
| as of Jan 31, 2026 | | |

| Beginning Balance | Annual Percentage Yield Earned[1] | Year-to-date Interest Paid[1] |
|---|---|---|
| $0.19 | 0.47% | $0.05 |
| as of Jan 1, 2026 | | |

Current balances include the amount of interest paid.

## Transaction Details

Balances below are the total funds resulting from the transaction(s) posted on that day.

## Checking Account – 8955

| DATE | TYPE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|
| Jan 23, 2026 | Other | Checking Account Closure Interest<br>Transaction ID: 6361-1<br>Closeout Balance: $26,386.02<br>Interest earned: $0.05 | –$26,386.07 | $0.00 |
| Jan 23, 2026 | Deposit | From Savings – 0871<br>Transaction ID: 6358-813002 | $26,086.02 | $26,386.02 |
| Jan 23, 2026 | Deposit | From Savings – 0871<br>Transaction ID: 6357-81322002 | $300.00 | $300.00 |
| Jan 23, 2026 | Debit Card | TST* ROCK N ROLL SUSHI<br>Transaction ID: 6356-1717001 | –$39.01 | $0.00 |
| Jan 23, 2026 | Overdraft | From Savings – 0871<br>Transaction ID: 6354-51000001 | $40.00 | $39.01 |

## Contact Information



**Website**

www.sofi.com



**Mailing Address**

SoFi Bank, N.A.
2750 East Cottonwood Parkway #300
Cottonwood Heights, Utah 84121



**Contact Us**

(855) 456-SOFI (7634)

[1]Interest accrues daily at the funds rate as described in your SoFi Bank Deposit Account Agreement (the "Customer Agreement") and is paid on the last day of the Statement Period. The Annual Percentage Yield Earned, as shown on your statement, may reflect account adjustments from previous statement periods.

[2]Interest accrues at the same rate on all funds in your SoFi savings accounts, including funds allocated to SoFi Vaults. References to "interest" in connection with any SoFi Vault reflect the portion of the interest earned on your SoFi savings account in the preceding month which is allocated to the applicable SoFi Vault. The amount of interest allocated to each SoFi Vault is equal to the proportion of the balance in each SoFi Vault bears to your total SoFi savings account balance.

SoFi checking and savings accounts are offered through SoFi Bank, N.A., Member FDIC

# Checking Account – 8955

| Date | Type | Description | Amount | Balance |
|------|------|-------------|--------|---------|
| Jan 23, 2026 | Direct Payment | ST MICHAEL THE A ST MICHAE<br>Transaction ID: 6353-51000001 | –$40.00 | –$0.99 |
| Jan 23, 2026 | Overdraft | From Savings – 0871<br>Transaction ID: 6352-50999001 | $60.00 | $39.01 |
| Jan 23, 2026 | Direct Payment | ST MICHAEL THE A ST MICHAE<br>Transaction ID: 6351-50999001 | –$60.00 | –$20.99 |
| Jan 23, 2026 | Overdraft | From Savings – 0871<br>Transaction ID: 6350-50998001 | $7.22 | $39.01 |
| Jan 23, 2026 | Direct Payment | ST MICHAEL THE A ST MICHAE<br>Transaction ID: 6349-50998001 | –$200.00 | $31.79 |
| Jan 23, 2026 | Direct Payment | ST MICHAEL THE A ST MICHAE<br>Transaction ID: 6348-50997001 | –$75.00 | $231.79 |
| Jan 22, 2026 | Debit Card | HOBBYLOBBY<br>Transaction ID: 6347-113809001 | –$47.28 | $306.79 |
| Jan 22, 2026 | Debit Card | KROGER #718<br>Transaction ID: 6342-48658001 | –$42.43 | $354.07 |
| Jan 21, 2026 | ATM | U.S. Bank TM<br>Transaction ID: 6340-39570001 | –$1,603.50 | $396.50 |
| Jan 21, 2026 | Deposit | From Savings – 0871<br>Transaction ID: 6339-230066002 | $2,000.00 | $2,000.00 |
| Jan 20, 2026 | Overdraft | From Savings – 0871<br>Transaction ID: 6338-42930001 | $73.25 | $0.00 |
| Jan 20, 2026 | Debit Card | KROGER #718<br>Transaction ID: 6337-42930001 | –$73.25 | –$73.25 |
| Jan 20, 2026 | Overdraft | From Savings – 0871<br>Transaction ID: 6336-18263001 | $279.25 | $0.00 |
| Jan 20, 2026 | ATM | U.S. Bank TM<br>Transaction ID: 6335-18263001 | –$303.50 | –$279.25 |
| Jan 20, 2026 | ATM | U.S. Bank TM<br>Transaction ID: 6334-1862001 | –$1,003.50 | $24.25 |
| Jan 20, 2026 | Direct Payment | Queen of Angels FACTS<br>Transaction ID: 6333-115956001 | –$128.25 | $1,027.75 |
| Jan 20, 2026 | Direct Payment | Queen of Angels FACTS<br>Transaction ID: 6332-115955001 | –$1,844.00 | $1,156.00 |
| Jan 19, 2026 | Deposit | From Savings – 0871<br>Transaction ID: 6331-301351002 | $3,000.00 | $3,000.00 |
| Jan 19, 2026 | Overdraft | From Savings – 0871<br>Transaction ID: 6330-47815001 | $790.71 | $0.00 |
| Jan 19, 2026 | ATM | U.S. Bank TM<br>Transaction ID: 6329-47815001 | –$903.50 | –$790.71 |
| Jan 18, 2026 | Direct Payment | Zelle® Payment to Bailey<br>Transaction ID: 6328-50275001 | –$87.21 | $112.79 |
| Jan 18, 2026 | Deposit | From Savings – 0871<br>Transaction ID: 6327-225877002 | $200.00 | $200.00 |
| Jan 14, 2026 | Overdraft | From Savings – 0871<br>Transaction ID: 6324-1330001 | $185.90 | $0.00 |
| Jan 14, 2026 | Debit Card | COBB EMC<br>Transaction ID: 6323-1330001 | –$186.00 | –$185.90 |
| Jan 13, 2026 | Other | SoFi Rewards Redemption<br>Transaction ID: 6321-285930001 | $0.10 | $0.10 |
| Jan 13, 2026 | Overdraft | From Savings – 0871<br>Transaction ID: 6317-86781001 | $558.81 | $0.00 |
| Jan 13, 2026 | Direct Payment | AMEX EPAYMENT ACH PMT<br>Transaction ID: 6316-86781001 | –$608.81 | –$558.81 |
| Jan 12, 2026 | Direct Payment | Zelle® Payment to Chicago Behavioral Clinic, Pllc<br>Transaction ID: 6314-49961001 | –$150.00 | $50.00 |

**Checking Account – 8955**

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| Jan 12, 2026 | Deposit | From Savings – 0871<br>Transaction ID: 6313–234671002 | $200.00 | $200.00 |
| Jan 6, 2026 | Overdraft | From Savings – 0871<br>Transaction ID: 6311–216384001 | $250.00 | $0.00 |
| Jan 6, 2026 | Direct Payment | NORTHWESTERN MU ISA PYMENT<br>Transaction ID: 6310–216384001 | –$250.00 | –$250.00 |
| Jan 6, 2026 | Overdraft | From Savings – 0871<br>Transaction ID: 6309–216383001 | $733.00 | $0.00 |
| Jan 6, 2026 | Direct Payment | NORTHWESTERN MU ISA PYMENT<br>Transaction ID: 6308–216383001 | –$733.00 | –$733.00 |
| Jan 5, 2026 | Overdraft | From Savings – 0871<br>Transaction ID: 6305–181474001 | $2,350.12 | $0.00 |
| Jan 5, 2026 | Direct Payment | NORTHWESTERN MU PYMNT TEL<br>Transaction ID: 6304–181474001 | –$2,350.12 | –$2,350.12 |
| Jan 5, 2026 | Overdraft | From Savings – 0871<br>Transaction ID: 6303–181473001 | $1,150.00 | $0.00 |
| Jan 5, 2026 | Direct Payment | GA DIR ACH CONTRIB<br>Transaction ID: 6302–181473001 | –$1,150.00 | –$1,150.00 |
| Jan 5, 2026 | Overdraft | From Savings – 0871<br>Transaction ID: 6301–181472001 | $1,100.00 | $0.00 |
| Jan 5, 2026 | Direct Payment | GA DIR ACH CONTRIB<br>Transaction ID: 6300–181472001 | –$1,100.00 | –$1,100.00 |
| Jan 5, 2026 | Overdraft | From Savings – 0871<br>Transaction ID: 6299–181471001 | $1,099.81 | $0.00 |
| Jan 5, 2026 | Direct Payment | GA DIR ACH CONTRIB<br>Transaction ID: 6298–181471001 | –$1,100.00 | –$1,099.81 |

Important Information

**SoFi Insured Deposit Program**

For participants in the SoFi Insured Deposit Program (the "Program"), SoFi Bank may place your cash balances, including amounts below the Standard Maximum Deposit Insurance Amount (the "SMDIA," currently $250,000 for individual accounts and $500,000 for joint accounts), into deposit accounts at multiple FDIC-insured participating banks, as set forth in the Program Terms and Conditions, which can be found at https://www.sofi.com/banking/fdic/sidpterms. The maximum FDIC insurance coverage available through the Program is $3.0 million per depositor per legal category of account ownership (including balances retained at SoFi Bank).

If you have designated Payable on Death ("POD") beneficiaries to your Checking and Savings accounts, your FDIC insurance coverage may be increased. For individual accounts, deposits will be insured up to $250,000 per unique primary beneficiary, up to a maximum of $1,250,000 if five or more beneficiaries are named. For joint accounts, deposits will be insured up to $500,000 per unique primary beneficiary, up to a maximum of $1,250,000 per account owner, subject to FDIC rules. If you have designated only secondary beneficiaries (i.e., no primary beneficiaries), SoFi Bank will treat these secondary beneficiaries as primary beneficiaries for purposes of calculating FDIC insurance coverage and determining the amount of your cash balances placed into the Program.

On Jan 30, 2026, we moved balances over $250000 into the participating banks. Below is the breakdown of how those funds were distributed based on data from the previous business day:

| Participating banks | % of program deposits |
|---|---|
| HSBC Bank USA, National Association | 8.33% |
| Renasant Bank | 8.33% |
| Peapack-Gladstone Bank | 8.33% |
| Comerica Bank | 8.33% |
| Citizens Bank, National Association | 8.33% |
| Western Alliance Bank | 8.33% |
| Bell Bank | 8.33% |
| The Huntington National Bank | 8.33% |
| Sallie Mae Bank | 8.33% |
| City National Bank | 8.33% |
| Metropolitan Commercial Bank | 8.33% |
| Bravera Bank | 8.33% |

**How to Contact Us**

You may call us using the phone number on the front of this statement.

**Deposit Agreement**

When you opened your account, you received the SoFi Bank Deposit Account Agreement (the "Customer Agreement"), which discussed the terms and conditions governing your account, as well as a fee schedule, a rate sheet and, if applicable, a debit card agreement. You agreed that your account would be governed by these documents as amended from time to time, as well as any other documents provided to you at account opening or subsequently. Copies of the Customer Agreement, the Fee Sheet and Rate Sheet are available through the SoFi website www.sofi.com or mobile app.

**Questions About Your Statement or Electronic Transfer Errors**

You are in the best position to discover errors and unauthorized transactions on your account statement. It is your duty to review your account statements promptly and carefully and immediately notify us of any errors. If you (a) have questions about your statement, (b) think your statement or receipt is wrong, (c) need more information about a transaction, or (d) think an electronic transaction (e.g., ATM transaction, direct deposit, withdrawal, or point of sale transaction) is incorrect or unauthorized, please telephone us at 1-855-456-7634 immediately or write us at SoFi Bank, N.A., 2750 East Cottonwood Parkway #300, Cottonwood Heights, Utah 84121 as soon as possible.

We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. We are not liable to you for any damages resulting from an error you fail to timely report and you agree to not make a claim against us for such damages.

If you write us, please include the following information: (1) Your full name and account number (if any); (2) describe the error, transfer or suspected unauthorized transaction you are unsure about and explain as clearly as you can, why you believe there is an error or why you need more information; and  (3) the dollar amount of any suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Reporting Other Problems**

You are in the best position to discover errors and unauthorized transactions on your account statement. It is your duty to review your account statements promptly and carefully and immediately notify us of any errors or concerns.

**Interest/Dividends**

We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

2021 SoFi Technologies, Inc.

**SoFi Bank, N.A. Member of FDIC and Equal Housing Lender**

**Primary Account Holder**
Jeremie Beaudry
Member since Nov 16, 2018

**Address**
3029 GOLF CREST LN

WOODSTOCK, GA 30189

**Account Number**
▮▮▮▮▮▮ 0871

**Monthly Statement Period**
Jan 1, 2026 – Jan 31, 2026



## Savings Account – 0871

**Current Balance**
$0.00
as of Jan 31, 2026

**Current Interest Rate[1]**
3.25%

**Monthly Interest Paid[1]**
$46.65

**Beginning Balance**
$20,706.09
as of Jan 1, 2026

**Annual Percentage Yield Earned[1]**
3.30%

**Year-to-date Interest Paid[1]**
$46.65

Current balances include the amount of interest paid.

## Transaction Details
Balances below are the total funds resulting from the transaction(s) posted on that day.

## Savings Account – 0871

| DATE | TYPE | DESCRIPTION | AMOUNT | BALANCE |
|------|------|-------------|--------|---------|
| Jan 23, 2026 | Other | Savings Account Closure Interest<br>Transaction ID: 1145-813001<br>Closeout Balance: $26,040.50<br>Interest earned: $45.52 | –$26,086.02 | $0.00 |
| Jan 23, 2026 | Other | Deposit<br>Transaction ID: 1143-812002 | $575.48 | $26,040.50 |
| Jan 23, 2026 | Withdrawal | To Checking – 8955<br>Transaction ID: 1137-81322001 | –$300.00 | $25,465.02 |
| Jan 23, 2026 | Overdraft | To Checking – 8955<br>Transaction ID: 1136-51000001 | –$40.00 | $25,765.02 |
| Jan 23, 2026 | Overdraft | To Checking – 8955<br>Transaction ID: 1135-50999001 | –$60.00 | $25,805.02 |

## Contact Information



**Website**
www.sofi.com



**Mailing Address**
SoFi Bank, N.A.
2750 East Cottonwood Parkway #300
Cottonwood Heights, Utah 84121



**Contact Us**
(855) 456–SOFI (7634)

[1]Interest accrues daily at the funds rate as described in your SoFi Bank Deposit Account Agreement (the "Customer Agreement") and is paid on the last day of the Statement Period. The Annual Percentage Yield Earned, as shown on your statement, may reflect account adjustments from previous statement periods.

[2]Interest accrues at the same rate on all funds in your SoFi savings accounts, including funds allocated to SoFi Vaults. References to "interest" in connection with any SoFi Vault reflect the portion of the interest earned on your SoFi savings account in the preceding month which is allocated to the applicable SoFi Vault. The amount of interest allocated to each SoFi Vault is equal to the proportion of the balance in each SoFi Vault bears to your total SoFi savings account balance.

SoFi checking and savings accounts are offered through SoFi Bank, N.A., Member FDIC

# Savings Account – 0871

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| Jan 23, 2026 | Overdraft | To Checking – 8955<br>Transaction ID: 1134-50998001 | –$7.22 | $25,865.02 |
| Jan 21, 2026 | Withdrawal | To Checking – 8955<br>Transaction ID: 1133-230066001 | –$2,000.00 | $25,872.24 |
| Jan 20, 2026 | Overdraft | To Checking – 8955<br>Transaction ID: 1132-42930001 | –$73.25 | $27,872.24 |
| Jan 20, 2026 | Direct Payment | Poppins Payroll 2026-01-19<br>Transaction ID: 1131-737320001 | –$641.16 | $27,945.49 |
| Jan 20, 2026 | Overdraft | To Checking – 8955<br>Transaction ID: 1130-18263001 | –$279.25 | $28,586.65 |
| Jan 19, 2026 | Withdrawal | To Checking – 8955<br>Transaction ID: 1129-301351001 | –$3,000.00 | $28,865.90 |
| Jan 19, 2026 | Overdraft | To Checking – 8955<br>Transaction ID: 1128-47815001 | –$790.71 | $31,865.90 |
| Jan 18, 2026 | Withdrawal | To Checking – 8955<br>Transaction ID: 1127-225877001 | –$200.00 | $32,656.61 |
| Jan 16, 2026 | Direct Deposit | Gusto PayClaim<br>Transaction ID: 1126-405706001 | $206.80 | $32,856.61 |
| Jan 16, 2026 | Direct Payment | ATT PAYMENT<br>Transaction ID: 1125-82438001 | –$105.60 | $32,649.81 |
| Jan 15, 2026 | Deposit | GUSTOUNIT21 1967 PAY 219250<br>Transaction ID: 1123-353081001 | $4,069.35 | $32,755.41 |
| Jan 14, 2026 | Overdraft | To Checking – 8955<br>Transaction ID: 1122-1330001 | –$185.90 | $28,686.06 |
| Jan 13, 2026 | Direct Deposit | Gusto PayClaim<br>Transaction ID: 1120-354616001 | $5,637.00 | $28,871.96 |
| Jan 13, 2026 | Overdraft | To Checking – 8955<br>Transaction ID: 1119-86781001 | –$558.81 | $23,234.96 |
| Jan 12, 2026 | Withdrawal | To Checking – 8955<br>Transaction ID: 1118-234671001 | –$200.00 | $23,793.77 |
| Jan 12, 2026 | Direct Payment | Poppins Payroll 2026-01-12<br>Transaction ID: 1117-560068001 | –$814.52 | $23,993.77 |
| Jan 9, 2026 | Wire Transfer | Tribal Casino Gaming Enterprise<br>Transaction ID: 1115-241702001 | –$29,500.00 | $24,808.29 |
| Jan 9, 2026 | Fee | Wire transfer fee<br>Transaction ID: 1113-241701001 | –$30.00 | $54,308.29 |
| Jan 9, 2026 | Deposit | GUSTOUNIT21 1967 PAY 047813<br>Transaction ID: 1109-285079001 | $43,859.48 | $54,338.29 |
| Jan 6, 2026 | Overdraft | To Checking – 8955<br>Transaction ID: 1106-216384001 | –$250.00 | $10,478.81 |
| Jan 6, 2026 | Overdraft | To Checking – 8955<br>Transaction ID: 1105-216383001 | –$733.00 | $10,728.81 |
| Jan 5, 2026 | Direct Payment | Poppins Payroll 2026-01-05<br>Transaction ID: 1104-813526001 | –$390.93 | $11,461.81 |
| Jan 5, 2026 | Overdraft | To Checking – 8955<br>Transaction ID: 1103-181474001 | –$2,350.12 | $11,852.74 |
| Jan 5, 2026 | Overdraft | To Checking – 8955<br>Transaction ID: 1102-181473001 | –$1,150.00 | $14,202.86 |
| Jan 5, 2026 | Overdraft | To Checking – 8955<br>Transaction ID: 1101-181472001 | –$1,100.00 | $15,352.86 |
| Jan 5, 2026 | Overdraft | To Checking – 8955<br>Transaction ID: 1100-181471001 | –$1,099.81 | $16,452.86 |
| Jan 2, 2026 | Direct Payment | Poppins Payroll 2026-01-01<br>Transaction ID: 1099-716451001 | –$2,530.07 | $17,552.67 |
| Jan 2, 2026 | Direct Payment | Poppins Payroll 2026-01-01<br>Transaction ID: 1098-579827001 | –$49.00 | $20,082.74 |

## Goetz Vault

| DATE | TYPE | DESCRIPTION | AMOUNT | BALANCE |
|------|------|-------------|--------|---------|
| Jan 23, 2026 | Other | Close vault, moving funds to savings account<br>Transaction ID: 78–812001<br>Closeout Balance: $319.37<br>Interest earned: $0.63 | −$320.00 | $0.00 |

## Isla Vault

| DATE | TYPE | DESCRIPTION | AMOUNT | BALANCE |
|------|------|-------------|--------|---------|
| Jan 23, 2026 | Other | Close vault, moving funds to savings account<br>Transaction ID: 78–812001<br>Closeout Balance: $254.98<br>Interest earned: $0.50 | −$255.48 | $0.00 |

**Important Information**

**SoFi Insured Deposit Program**

For participants in the SoFi Insured Deposit Program (the "Program"), SoFi Bank may place your cash balances, including amounts below the Standard Maximum Deposit Insurance Amount (the "SMDIA," currently $250,000 for individual accounts and $500,000 for joint accounts), into deposit accounts at multiple FDIC-insured participating banks, as set forth in the Program Terms and Conditions, which can be found at https://www.sofi.com/banking/fdic/sidpterms. The maximum FDIC insurance coverage available through the Program is $3.0 million per depositor per legal category of account ownership (including balances retained at SoFi Bank).

If you have designated Payable on Death ("POD") beneficiaries to your Checking and Savings accounts, your FDIC insurance coverage may be increased. For individual accounts, deposits will be insured up to $250,000 per unique primary beneficiary, up to a maximum of $1,250,000 if five or more beneficiaries are named. For joint accounts, deposits will be insured up to $500,000 per unique primary beneficiary, up to a maximum of $1,250,000 per account owner, subject to FDIC rules. If you have designated only secondary beneficiaries (i.e., no primary beneficiaries), SoFi Bank will treat these secondary beneficiaries as primary beneficiaries for purposes of calculating FDIC insurance coverage and determining the amount of your cash balances placed into the Program.

On Jan 30, 2026, we moved balances over $250000 into the participating banks. Below is the breakdown of how those funds were distributed based on data from the previous business day:

| Participating banks | % of program deposits |
|---|---|
| HSBC Bank USA, National Association | 8.33% |
| Renasant Bank | 8.33% |
| Peapack-Gladstone Bank | 8.33% |
| Comerica Bank | 8.33% |
| Citizens Bank, National Association | 8.33% |
| Western Alliance Bank | 8.33% |
| Bell Bank | 8.33% |
| The Huntington National Bank | 8.33% |
| Sallie Mae Bank | 8.33% |
| City National Bank | 8.33% |
| Metropolitan Commercial Bank | 8.33% |
| Bravera Bank | 8.33% |

**How to Contact Us**

You may call us using the phone number on the front of this statement.

**Deposit Agreement**

When you opened your account, you received the SoFi Bank Deposit Account Agreement (the "Customer Agreement"), which discussed the terms and conditions governing your account, as well as a fee schedule, a rate sheet and, if applicable, a debit card agreement. You agreed that your account would be governed by these documents as amended from time to time, as well as any other documents provided to you at account opening or subsequently. Copies of the Customer Agreement, the Fee Sheet and Rate Sheet are available through the SoFi website www.sofi.com or mobile app.

**Questions About Your Statement or Electronic Transfer Errors**

You are in the best position to discover errors and unauthorized transactions on your account statement. It is your duty to review your account statements promptly and carefully and immediately notify us of any errors. If you (a) have questions about your statement, (b) think your statement or receipt is wrong, (c) need more information about a transaction, or (d) think an electronic transaction (e.g., ATM transaction, direct deposit, withdrawal, or point of sale transaction) is incorrect or unauthorized, please telephone us at 1-855-456-7634 immediately or write us at SoFi Bank, N.A., 2750 East Cottonwood Parkway #300, Cottonwood Heights, Utah 84121 as soon as possible.

We must hear from you within 60 days after we sent the FIRST statement on which the problem or error appeared.  We are not liable to you for any damages resulting from an error you fail to timely report and you agree to not make a claim against us for such damages.

If you write us, please include the following information: (1) Your full name and account number (if any); (2) describe the error, transfer or suspected unauthorized transaction you are unsure  about and explain as clearly as you can, why you believe there is an error or why you need more information; and  (3) the dollar amount of any suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Reporting Other Problems**

You are in the best position to discover errors and unauthorized transactions on your account statement. It is your duty to review your account statements promptly and carefully and immediately notify us of any errors or concerns.

**Interest/Dividends**

We are required by law to report annually to you and to the Internal Revenue Service on Form 1099 any taxable interest credited to your account, as well as any taxes withheld. The year-to-date figures shown on your statement reflect these amounts classified to the best of our current knowledge. However, some payments are subject to reclassification, which will be reflected on subsequent statements if we are advised of them prior to the end of the calendar year.

2021 SoFi Technologies, Inc.

**SoFi Bank, N.A. Member of FDIC and Equal Housing Lender**



Page 1 of 2    02/19/26
GA ███6870

800-73-01-00 17527  0 C 001 13   50 004
JEREMIE R BEAUDRY
ELIZABETH GRANT BEAUDRY
3029 GOLF CREST LN
WOODSTOCK GA  30189-8197

# Your account statement
For 02/19/2026

## Contact us
 Truist.com

 (844) 4TRUIST or
(844) 487-8478

If you are traveling outside of the USA and have concerns about accessing your account while you are traveling, please contact your Branch Banker or call us at 844-4TRUIST.

■ **ESSENTIAL CHECKING** ███6870

**Account summary**

| | |
|---|---|
| Your previous balance as of 01/22/2026 | $2,218.37 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 2,218.37 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 02/19/2026 | = $0.00 |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT(S) |
|---|---|---|
| 01/26 | INTERNET PAYMENT TRANSFER  CAPITAL ONE RT0412FEEF7AD6B | 1,109.37 |
| 01/29 | ACCOUNT CLOSE OUT  75038339 | 1,109.00 |
| Total other withdrawals, debits and service charges | | = $2,218.37 |

■ PAGE 1 OF 2

0005243



Page 2 of 2    02/19/26
GA    ■■■■■6B70

## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could

have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important Information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**
In case of errors or questions about your Truist Ready Now Credit Line statement
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:

Card and Direct to Consumer Lending
PO Box 200
Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. | List the new balance of your account from your latest statement here: | | | | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | Outstanding Deposits and Other Credits (Section B) | | | |
| | | | Date/Type | Amount | Date/Type | Amount |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | | | |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC

0005243

■ PAGE 2 OF 2

 

Page 1 of 2   01/22/26
GA ███████6870

800-73-01-00 17527 0 C 001 13 S 66 002
JEREMIE R BEAUDRY
ELIZABETH GRANT BEAUDRY
3029 GOLF CREST LN
WOODSTOCK GA  30189-8197

# Your account statement
## For 01/22/2026

## Contact us

 Truist.com

 (844) 4TRUIST or
(844) 487-8478

If you are traveling outside of the USA and have concerns about accessing your account while you are traveling, please contact your Branch Banker or call us at 844-4TRUIST.

■ **ESSENTIAL CHECKING** ███████ 6870

### Account summary

| | |
|---|---|
| Your previous balance as of 12/18/2025 | $2,024.87 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 906.50 |
| Deposits, credits and interest | + 1,100.00 |
| Your new balance as of 01/22/2026 | = $2,218.37 |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | | AMOUNT(S) |
|---|---|---|---|
| 12/22 | TRUIST ATM CASH WITHDRAWAL 12-21-25 | 3118 ATLANTA AIRPORT CONCOURSE D | 500.00 |
| 01/20 | DEBIT CARD NON-TRUIST ATM FEE 01-20-26 OWENSBORO | 3118 1C0A | 3.00 |
| 01/20 | ATM NETWORK CASH WITHDRAWAL 01-20-26 OWENSBORO | 3118 1C0A | 403.50 |
| Total other withdrawals, debits and service charges | | | = $906.50 |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT(S) |
|---|---|---|
| 12/22 | TRANSFER  SoFi Bank JBeaudry | 1,100.00 |
| Total deposits, credits and interest | | = $1,100.00 |

0036601

■ PAGE 1 OF 2

Scanned with
CamScanner



Page 2 of 2    01/22/26
GA                6870

## Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Contact Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**
Services such as Bill Payments and Zelle® are subject to the terms and conditions governing those services, which may not provide an error resolution process in all cases. Please refer to the terms and conditions for those services.

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could

have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**
**In case of errors or questions about your Truist Ready Now Credit Line statement**
If you think your statement is incorrect, or if you need more information about a Truist Ready Now Credit Line transaction on your statement, please call 1-844-4TRUIST or visit your local Truist branch. To dispute a payment, please write to us on a separate sheet of paper at the following address:

Card and Direct to Consumer Lending
PO Box 200
Wilson NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:
- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Mail-in deposits**
If you wish to mail a deposit, please send a deposit ticket and check to your local Truist branch. Visit Truist.com to locate the Truist branch closest to you. Please do not send cash.

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Contact Center at 1-844-4TRUIST (1-844-487-8478).

| | How to Reconcile Your Account | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. | List the new balance of your account from your latest statement here: | | | | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | Outstanding Deposits and Other Credits (Section B) | | | |
| | | Date/Type | Amount | Date/Type | Amount |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | | | |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC

0036601

**Capital One®**

Jeremie R Beaudry
3029 Golf Crest Ln
Woodstock GA 30189

## Thanks for saving with Capital One 360®

Here's your **January 2026** bank statement.

**STATEMENT PERIOD**
**Jan 1 – Jan 31, 2026**

# $2.65

**TOTAL ENDING BALANCE
IN ALL ACCOUNTS**

## Account Summary

| ACCOUNT NAME | Jan 1 | Jan 31 |
|---|---|---|
| **Checking** | $0.00 | **$0.00** |
| **360 Checking...5567** | $0.00 | **$0.30** |
| **Beaudry Savings** | $0.00 | **$0.00** |
| **360 Performance Savings...3543** | $0.00 | **$2.35** |
| **All Accounts** | $0.00 | **$2.65** |

## Cashflow Summary

⊕ $2.65  INTEREST EARNED
THIS PERIOD

🌐 capitalone.com      📞 1-888-464-0727      🏛 P.O. Box 85123, Richmond, VA 23285       MEMBER FDIC      

**Jeremie R Beaudry** | STATEMENT PERIOD
**Jan 1 - Jan 31, 2026**

## Checking - ▆▆▆5053

### 360 CHECKING

| 0.00% | $0.00 | 31 |
|---|---|---|
| ANNUAL PERCENTAGE YIELD (APY) EARNED | YTD INTEREST AND BONUSES | DAYS IN STATEMENT CYCLE |

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|---|---|---|---|---|
| **Jan 1** | **Opening Balance** | | | **$0.00** |
| **Jan 23** | Account Closed - 360 Checking Closeout | Debit | $0.00 | $0.00 |

## 360 Checking - ▆▆▆5567

| 0.10% | $0.30 | 31 |
|---|---|---|
| ANNUAL PERCENTAGE YIELD (APY) EARNED | YTD INTEREST AND BONUSES | DAYS IN STATEMENT CYCLE |

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|---|---|---|---|---|
| **Jan 23** | **Opening Balance** | | | **$0.00** |
| Jan 23 | Preauthorized Deposit from TRUIST BANK checking account XXXXXXXXX6870 | Credit | + $1,109.37 | $1,109.37 |
| Jan 23 | Deposit from SoFi Bank TRANSFER JBeaudry | Credit | + $26,386.07 | $27,495.44 |
| Jan 27 | Withdrawal to 360 Performance Savings XXXXXXX3543 | Debit | - $26,386.07 | $1,109.37 |
| Jan 30 | Preauthorized Withdrawal to PREMIER BANK NATIONAL ASSOCIATION checking account XXXX3292 | Debit | - $1,109.37 | $0.00 |
| Jan 31 | Monthly Interest Paid | Credit | + $0.30 | $0.30 |
| **Jan 31** | **Closing Balance** | | | **$0.30** |

## Beaudry Savings - ▆▆▆1107

### 360 MONEY MARKET | JOINT WITH ELIZABETH G BEAUDRY

| 0.00% | $0.00 | 31 |
|---|---|---|
| ANNUAL PERCENTAGE YIELD (APY) EARNED | YTD INTEREST AND BONUSES | DAYS IN STATEMENT CYCLE |

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|---|---|---|---|---|
| **Jan 1** | **Opening Balance** | | | **$0.00** |
| **Jan 23** | Account Closed - Savings Closeout | Debit | $0.00 | $0.00 |

**Page 2 of 4**

 capitalone.com    1-888-464-0727   P.O. Box 85123, Richmond, VA 23285    MEMBER FDIC    LENDER

**Jeremie R Beaudry** | STATEMENT PERIOD
**Jan 1 - Jan 31, 2026**

## 360 Performance Savings – ▇▇▇▇▇3543

**3.30%**
ANNUAL PERCENTAGE YIELD
(APY) EARNED

**$2.35**
YTD INTEREST AND BONUSES

**31**
DAYS IN STATEMENT
CYCLE

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|------|-------------|----------|--------|---------|
| **Jan 23** | **Opening Balance** | | | **$0.00** |
| Jan 27 | Deposit from 360 Checking XXXXXXX5567 | Credit | + $26,386.07 | $26,386.07 |
| Jan 28 | Preauthorized Withdrawal to PREMIER BANK NATIONAL ASSOCIATION checking account XXXX3292 | Debit | - $26,386.07 | $0.00 |
| Jan 31 | Monthly Interest Paid | Credit | + $2.35 | $2.35 |
| **Jan 31** | **Closing Balance** | | | **$2.35** |

**Page 3 of 4**

 capitalone.com     1-888-464-0727    P.O. Box 85123, Richmond, VA 23285     MEMBER FDIC    

**Jeremie R Beaudry** | STATEMENT PERIOD
**Jan 1 – Jan 31, 2026**

**Note:** The last four digits of your external accounts may not match your actual account numbers. This is because some banks may  issue a virtual or tokenized number for security. To learn more about tokenized account numbers, contact your external bank.

## If anything in your statement looks incorrect, please let us know immediately.

In case of error or questions about your electronic transfers, we can be reached by telephone at 1-888-464-0727, or mail at P.O. Box 85123, Richmond, VA 23285. Or, log in to your account at capitalone.com and click  on the transaction. If you think your statement or receipt is wrong or if you need more information about a transfer listed on your statement or receipt, you must let us know within 60 days after we sent you the FIRST statement on which the error appeared.

    **(1)** Tell us your name and account number.

    **(2)** Describe the error or the transfer you are unsure about, and provide an explanation of why you believe it is an error or why you need more information.

    **(3)** Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

capitalone.com     1-888-464-0727     P.O. Box 85123, Richmond, VA 23285